UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.	Case No. 2:24-cr-158-SPC-NPM

JAMISE MONTEZ BOZEMAN
_____/

**FINAL ORDER OF FORFEITURE**

Before the Court is the United States' Motion for a Final Order of Forfeiture. (Doc. 58). The Government seeks to have forfeited a **Sig Sauer handgun, a Smith & Wesson revolver, and assorted ammunition seized from defendant on or about May 10, 2024** ("**Assets**"), which were subject to the Court's July 23, 2025 Preliminary Order of Forfeiture. (Doc. 54). Although the Government gave proper notice, no third party has petitioned for the Assets, and the time to do so has expired. The Court thus will forfeit all right, title, and interest in the Assets to the Government. *See* 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2), Federal Rules of Criminal Procedure.

Accordingly, it is now

**ORDERED:**

The United States' Motion for Final Order of Forfeiture (Doc. 58) is **GRANTED**.

1. Defendant's interest in the Sig Sauer handgun, a Smith & Wesson revolver, and assorted ammunition seized from defendant on or about May 10, 2024 is **CONDEMNED** and **FORFEITED** to the United States for disposition according to law and subject to 21 U.S.C. § 853(n)(7), and Federal Rule of Criminal Procedure 32.2(c)(2).

2. Clear title to the Assets is now VESTED in the United States.

**DONE** and **ORDERED** in Fort Myers, Florida, on October 1, 2025.

_____
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record